**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | NO. 686 |
| | : | |
| ORDER AMENDING RULES 1120 AND | : | SUPREME COURT RULES |
| 1608 OF THE RULES OF JUVENILE | : | |
| COURT PROCEDURE | : | DOCKET |
| | : | |
| | : | |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 9th day of December, 2015, upon the recommendation of the Juvenile Court Procedural Rules Committee; the proposal having been published for public comment before adoption at 45 Pa.B. 3999 (July 25, 2015), in the Atlantic Reporter (Third Series Advance Sheets, Vol. 116, No. 2, August 7, 2015), and on the Supreme Court's web-page, and an *Explanatory Report* to be published with this **ORDER**:

    **IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that the modifications to Rules 1120 and 1608 of the Rules of Juvenile Court Procedure are approved in the attached form.

    This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective January 1, 2016.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.